NF

**FILED**

JUN 2 4 2008    NF

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES OF AMERICA ) 08CR 497

vs. )

GALE WOODS )

Violation: Title 18, United States
Code, Section 641

**JUDGE MANNING**

The UNITED STATES ATTORNEY charges:    **MAGISTRATE JUDGE SCHENKIER**

Beginning in or around July 2005, continuing to in or around September 2005, at

Chicago, in the Northern District of Illinois,

GALE WOODS,

defendant herein, did steal, purloin, and knowingly convert to her own use money belonging to

the United States, namely, approximately $24,018 in funds administered by the Social Security

Administration as part of its Survivors Insurance Benefits program, which funds defendant was

not entitled to receive;

In violation of Title 18, United States Code, Section 641.

UNITED STATES ATTORNEY