
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

JUN 2 4 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS**

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? **NO X    YES ☐**   If the answer is "Yes", list the case number and title of the earliest filed complaint:

    **08CR 497    JUDGE MANNING**

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
    **NO X    YES ☐**   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

    **MAGISTRATE JUDGE SCHENKIER**

3) Is this a re-filing of a previously dismissed indictment or information?   **NO X    YES ☐**
    If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
    **NO X    YES ☐**   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?    **NO X    YES ☐**

6) What level of offense is this indictment or information?    **FELONY X    MISDEMEANOR ☐**

7) **Does this indictment or information involve eight or more defendants?**    **NO X    YES ☐**

8) Does this indictment or information include a conspiracy count?    **NO X    YES ☐**

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

    ☐ Homicide ...... (II)            ☐ Assault ........ (III)          ☐ Income Tax Fraud .. (II)
    ☐ Criminal Antitrust (II)         ☐ Burglary ....... (IV)           ☐ Postal Fraud .......
    ☐ Bank robbery ....                ☐ Larceny and Theft              (II)
    (II)                               (IV)                              X Other Fraud .......
    ☐ Post Office Robbery             ☐ Postal Embezzlement            (III)
    (II)                               (IV)                              ☐ Auto Theft .......
    ☐ Other Robbery ..                ☐ Other Embezzlement             (IV)
    (II)                               (III)                             ☐ Transporting Forged Securi-

(Revised 12/99)

| | |
|---|---|
| ties (III) | ☐ DAPCA Controlled Substances (III) |
| ☐ Forgery ........ (III) | |
| ☐ Counterfeiting ..... (III) | ☐ Miscellaneous General Offenses (IV) |
| ☐ Sex Offenses ...... (II) | ☐ Immigration Laws ... (IV) |
| ☐ DAPCA Marijuana . (III) | ☐ Liquor, Internal Revenue Laws (IV) |
| ☐ DAPCA Narcotics .. (III) | ☐ Food & Drug Laws ... (IV) |
| | ☐ Motor Carrier Act .... (IV) |
| | ☐ Selective Service Act (IV) |
| | ☐ Obscene Mail ...... (III) |
| | ☐ Other Federal Statutes (III) |
| | ☐ Transfer of Probation Jurisdiction (V) |

10) List the statute of each of the offenses charged in the indictment or information.
    18 USC 641

*(signature)*
YUSEF A. DALE
Special Assistant United States Attorney

(Revised 12/99)