# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 497 - 1 | **DATE** | 6/25/2008 |
| **CASE TITLE** | United States of America vs. Gale Woods | | |

**DOCKET ENTRY TEXT**

Arraignment set for 6/26/08 is reset to 7/17/08 at 9:30 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|