## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 497 - 1 | **DATE** | 7/17/2008 |
| **CASE TITLE** | United States of America vs. Gale Woods | | |

**DOCKET ENTRY TEXT**

Initial appearance held. Defendant appears in response to information filed on 6/24/08. Defendant informed of rights. The Court finds that the defendant is unable to afford counsel. The Court appoints Donald Young as counsel for the defendant. Enter order appointing Donald Young as counsel for defendant. By agreement of the parties, the defendant is released on a $4,500.00 own recognizance bond. Enter order setting conditions of release. Arraignment held. Defendant agrees to proceed by information. Enter waiver of Indictment. Defendant waives formal reading of the information. Defendant enters plea of not guilty to all counts in the information to which she is named. Rule 16.1(a) conference to be held by 7/24/08. Pretrial motions are to be filed by 8/7/08. Response to pretrial motions are to be filed by 8/21/08. A status hearing is set before Judge Manning on 8/12/08 at 11:00 a.m. Time is excluded from 7/17/08 to 8/12/08 pursuant to 18 U.S.C. §3161 (h)(1)(F), (X-E).

■ [ For further detail see separate order(s).]                    Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | mm |
|---|---|---|