# United States District Court

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

UNITED STATES OF AMERICA
V.

WAIVER OF INDICTMENT

Gale Woods

CASE NUMBER: 08 CR 497

I, __Gale Woods__ the above named defendant, who is accused of

__theft__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __7-17-08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
JUL 17 2008
Magistrate Judge Sidney I. Schenkier
United States District Court

FILED
JUL 17 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

_Gale Woods_
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer